JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENCE FRANCE-PRESSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTHSTAR FINANCIAL ) <br> CONSULTING GROUP, INC., et al., ) <br> ) <br> Defendant. ) <br> ) | Case No. CV 25-4270 FMO (ASx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, (Dkt. 12, Notice of Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than 45 days, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 10th day of June, 2025.

/s/
Fernando M. Olguin
United States District Judge